UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER 1:05CV02489 |
| v. ) | JUDGE: Ricardo M. Urbina |
| ) | DECK TYPE: Habeas Corpus/2255 |
| CALVIN McCANTS, ) | DATE STAMP: 12/29/2005 |
| Defendant. ) | |

MOTION PURSUANT TO 28 U.S.C. § 2255 TO
VACATE, SET ASIDE OR CORRECT SENTENCE

Defendant Calvin McCants, through counsel, hereby moves pursuant to 28 U.S.C. § 2255, to vacate, set aside or correct his sentence on the grounds that it was imposed illegally under United States v. Booker, 125 S.Ct. 738 (2005).

I.  **PROCEDURAL HISTORY**

On October 24, 2003, Mr. McCants was charged in a twenty-seven count indictment with Wire Fraud in violation of 18 U.S.C. § 1343 (Counts one through eight), Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h) (Count nine), Money Laundering and Aiding and Abetting in violation of 18 U.S.C. § 1956(a)(1)(A)(I) and (a)(1)(B)(I) (Counts ten through twenty) Money Laundering and Aiding and Abetting in violation of 18 U.S.C.§1957 and 2 (Counts Twenty-One through Twenty-Six) and Criminal Forfeiture in violation of 18 U.S.C. § 928(a)(1). According to the indictment and Presentence Report ("PSR"), Mr. McCants committed the charged criminal conduct between June 1997 and December 1, 1998 (PSR ¶ 19)

On March 2, 2004, Mr. McCants pled guilty to Count nine of the indictment. Thereafter, on June 8, 2004, this Court sentenced Mr. McCants to a term of incarceration of 108 months'